UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDITH HILL,<br><br>                              Plaintiff,<br><br>         - v -<br><br>BECTON, DICKINSON AND COMPANY, C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>                              Defendants. | Civil Action No.<br>7:24-cv-07812-NSR<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12/11/2024 |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion of Matthew E. Brown, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Massachusetts and the Commonwealth of Pennsylvania and that he is also admitted to practice in the following U.S. Courts: Court of Appeals for the Third Circuit, Eastern District of Pennsylvania, Middle District of Pennsylvania, Western District of Pennsylvania, District of Massachusetts, and the District of South Carolina; and that his contact information is as follows:

> Matthew E. Brown
> NELSON MULLINS RILEY & SCARBOROUGH LLP
> One Financial Center, Suite 3500
> Boston, MA  02111
> Tel:  (617) 217-4700
> Fax:  (617) 573-4710
> matt.brown@nelsonmullins.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for Defendants BECTON, DICKINSON AND COMPANY, C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 11, 2024
White Plains, New York

**The Clerk of Court is kindly requested to terminate the motion at ECF No. 14.**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

2