```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 6/8/2026 __
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Edith Hill,

                          Plaintiff,

            -against-

Becton, Dickinson and Company, et al.,
                          Defendants.
----------------------------------------------------------------X

24-cv-07812-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On May 5, 2026, the Court directed the parties to submit either a stipulation of dismissal or a joint status letter on the status of settlement negotiations by no later than June 5, 2026. (ECF No. 29). The Court has not yet received any such stipulation or letter. The parties are reminded to submit a stipulation of dismissal or a joint status letter, which is now due **June 12, 2026**.

      **SO ORDERED.**

DATED:     White Plains, New York
             June 8, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge