USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Edith Hill,

Plaintiff,

-against-

Becton, Dickinson and Company, et al.,

Defendants.

---------------------------------------------------------------X

24-cv-07812-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On June 9, 2026, the Court directed the parties to submit either a stipulation of dismissal or a joint status letter on the status of settlement by no later than July 9, 2026. (ECF No. 32). The Court has not yet received any such stipulation or letter. The parties are reminded to submit a stipulation of dismissal or a joint status letter, which is now due **July 15, 2026**.

**SO ORDERED.**

DATED: White Plains, New York
July 10, 2026

VICTORIA REZNIK
United States Magistrate Judge